UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAURA CONKLIN, an individual

Plaintiff,

vs.

CITY OF RENO, a municipal corporation,
PETER RINALDO, an individual,
ROBERT MCDONALD, an individual,

Defendants.
_____/

CASE NO. 3:06-cv-452-LRH-RAM

STIPULATION AND ORDER
FOR ENLARGEMENT OF TIME
(FIRST REQUEST)

The parties through their undersigned counsel of record hereby stipulate and agree that

the time in which Plaintiff shall have to oppose Defendants' Motion for Summary Judgment

may and should be enlarged from its current due date of September 13, 2009 for a period of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

JAD/sh/conklin/stip-enlrg-time-msj-opp

1

1    45 days to and including October 28, 2009.

2                      **APPROVED AS TO FORM AND CONTENT**

3    DATED October 1, 2009                    DATED October 1, 2009

4

5    LAW OFFICE OF                            JOHN J. KADLIC
     JEFFREY A. DICKERSON                     RENO CITY ATTORNEY
6
                                              /S/ DONALD L. CHRISTENSEN
7    JEFFREY A. DICKERSON                     BY: DONALD L. CHRISTENSEN
     Counsel for Plaintiff                    Deputy City Attorney
8                                             Counsel for Defendants

9

10                                ORDER

11

12

13        IT IS SO ORDERED this 2nd day of October, 2009.

14

15

16

17

18                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664

JAD/sh/conklin/stip-enlrg-time-msj-opp            2