UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LAURA CONKLIN                                    CASE NO.: 3:08-cv-00452-LRH-RAM
            Plaintiff,
vs.

CITY OF RENO, a municipal
corporation, and PETER RINALDO,
an individual,
            Defendants.
_____ /

Stipulation And Order For Extension Of Time To File Reply Memorandum

It is hereby stipulated by and between plaintiff and defendants that the time for filing defendants' reply memorandum in support of defendants' motion for summary judgment may be extended from November 9, 2009, to and including November 23, 2009. This is the first request to extend the time for filing this reply memorandum.

DATED this 5th day of November, 2009.

By: _____/s/_____          By: _____/s/_____
Jeffrey A. Dickerson Esq.          DONALD L. CHRISTENSEN
Law Office of Jeffrey Dickerson    Deputy City Attorney
9655 Gateway Drive, Suite B        Nevada State #1657
Reno, NV  89511                    Post Office Box 1900
*Attorney for Plaintiff*           Reno, Nevada  89505
                                   *Attorneys for defendants*

IT IS SO ORDERED this 10th day of November, 2009, nunc pro tunc.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE