AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF   NEVADA

LAURA CONKLIN,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
  V.

                            CASE NUMBER:  **3:08-cv-00452-LRH-RAM**

CITY OF RENO, a municipal corporation,
PETER RINALDO, and individual, and
ROBERT MCDONALD, an individual,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#49) is **GRANTED.**

   February 8m 2010                                     **LANCE S. WILSON**
                                                                      Clerk

                                                                      /s/ D. R. Morgan
                                                                       Deputy Clerk