JOHN J. KADLIC
Reno City Attorney
DONALD L. CHRISTENSEN
Deputy City Attorney
Nevada State Bar #1657
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorney for Defendants*

```
            FILED        RECEIVED
            ENTERED      SERVED ON
                    COUNSEL/PARTIES OF RECORD

              AUG 0 4 2011

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA CONKLIN, | CASE NO.: 3:08-cv-00452-LRH-RAM |
| Plaintiff, | |
| vs. | |
| CITY OF RENO, a municipal corporation, PETER RINALDO, an individual, ROBERT MCDONALD, an individual, | |
| Defendants. / | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, by and through their attorneys, hereby stipulate that this matter

///
///
///
///
///
///
///

1 | may be dismissed with prejudice with each party to bear its own costs and attorney's fees.

2 | DATED this 27th day of July, 2011.          DATED this 1 day of August 2011.

4 | By: _____                 By: _____
5 | Jeffrey A. Dickerson Esq.                   DONALD L. CHRISTENSEN
  | Law Office of Jeffrey Dickerson             Deputy City Attorney
6 | 9655 Gateway Drive, Suite B                 P.O. Box 1900
7 | Reno, NV 89511                              Reno, Nevada 89505
  | *Attorney for Plaintiff*                    (775) 334-2050
  |                                             *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

Dated this 3rd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE